Submitted on record and briefs February 16, reversed and remanded April 12, 1995

In the Matter of Sandy Honeycutt,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

Sandy HONEYCUTT,
*Appellant.*

(9408-96944; CA A85480)

893 P2d 574

Paul L. Breed filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Harrison Latto, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *State v. May,* 131 Or App 570, 888 P2d 14 (1994); *State v. Allison,* 129 Or App 47, 877 P2d 660 (1994).